# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Heather Gallina<br>775 Brewers Bridge Road, Apt. 21B<br>Jackson, NJ 08527<br><br>    Plaintiff,<br><br>v.<br><br>United Collection Bureau Inc.<br>5620 Southwyck Blvd, Suite 206<br>Toledo, OH 43614<br><br>    Defendant | CASE NO.:<br><br>JUDGE:<br><br><br><br>**COMPLAINT FOR DAMAGES<br>UNDER THE FAIR DEBT<br>COLLECTION PRACTICES ACT<br>AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692. Venue is proper in this district because Defendant resides in this district under 28 U.S.C. § 1391.

## FACTS COMMON TO ALL COUNTS

2. Plaintiff's husband, Paul Gallina ("Paul"), is a person who incurred a consumer debt primarily for personal, family or household purposes.

3. Defendant is a corporation doing business primarily as a consumer debt collector.

4. Defendant is a debt collector as defined by the FDCPA, 15 U.S.C. §1692a(6).

5. Paul is a "consumer" as defined by 15 U.S.C. §1692a(3).

6. The debt in question qualifies as a "debt" as defined by 15 U.S.C. §1692a(5).

1

7. Defendant is either the holder of the debt or was retained by the current holder to collect the debt.

8. Plaintiff filed this action within the time frame permitted under the FDCPA.

9. In or around late May 2007, Defendant telephoned Plaintiff regarding the debt.

10. During this communication, Defendant stated that if Plaintiff did not pay by check over the phone that day, Defendant would garnish Plaintiff's wages or place a lien on Plaintiff's home.

11. In or around late May 2007, Plaintiff contacted Defendant by telephone to return one of Defendant's calls.

12. During this communication, Defendant answered the phone by identifying itself as a "Law Office."

13. At the time of the communications referenced above, Defendant had not obtained a judgment against Plaintiff.

14. As a result of Defendant's threats, Plaintiff feared that a garnishment and/or a lien on her home were imminent.

15. Defendant has damaged Plaintiff emotionally and mentally and has caused substantial anxiety and stress.

16. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

17. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

18. The Defendant violated 15 U.S.C. §1692f in that its actions were unfair and/or unconscionable means to collect a debt.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

19. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

20. The Defendant violated 15 U.S.C. §1692e, generally, by having non-attorneys overtly state that they could control the decision to litigate and the timing and scope of the litigation, when in fact this would be an attorney decision.

## COUNT THREE

### Violation of the Fair Debt Collection Practices Act

21. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

22. The Defendant violated 15 U.S.C. §1692e in that it threatened legal action where such action was not contemplated, and stated for the sole purpose of terrifying the Plaintiff.

## COUNT FOUR

### Violation of the Fair Debt Collection Practices Act

23. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

24. The Defendant violated 15 U.S.C. §1692e by making misrepresentations during its conversations with Plaintiff.

## JURY DEMAND

25. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

26. Plaintiff prays for the following relief:

    a. Judgment against Defendant for actual damages, statutory damages pursuant to 15 U.S.C. §1692k and costs, and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

b.  For such other legal and/or equitable relief as the Court deems appropriate.

                              RESPECTFULLY SUBMITTED,

                              Macey & Aleman, P.C.

                              By:     /s/ Jeffrey S. Hyslip
                                   Jeffrey S. Hyslip
                                   Bar # 0079315
                                   Attorney for Plaintiff
                                   20 W. Kinzie Street, Suite 1300
                                   Chicago, IL 60610
                                   Telephone:  866-339-1156
                                   Email:  jsh@legalhelpers.com